**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

JULIO CESAR LOPEZ IRIAS, )
)
Petitioner, )
)
v. ) Case No. CIV-26-1947-D
)
ACTING DIRECTOR of U.S. )
IMMIGRATION AND CUSTOMS )
ENFORCEMENT, *et al.*, )
)
Respondents. )

## ORDER FOR RESPONSE

Petitioner filed an Amended Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241. Upon review of the Amended Petition, the Court orders Respondents to answer or otherwise respond to the Amended Petition within 14 days of this Order. If Respondents file an answer or other response, Petitioner may file a reply within 7 days thereafter. If Respondents file a motion, Petitioner may file a response within 14 days thereafter. Any motion that is not opposed may, in the discretion of the Court, be deemed confessed. *See* LCvR7.1(g).

**IT IS SO ORDERED** this 21st day of August, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE